07 CRIM. 502

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - v. -                        :    INDICTMENT

JAVIER SANCHEZ,                   :    07 Cr. ( )
  a/k/a "Jacinto,"
RUBIN PEREZ,                      :
  a/k/a "Ruben Perez," and
FRANK TEJEDA,                     :

                                 :
                Defendants.
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1.  From on or about May 18, 2007, through on or about May 21, 2007, in the Southern District of New York and elsewhere, JAVIER SANCHEZ, a/k/a "Jacinto," RUBIN PEREZ, a/k/a "Ruben Perez," and FRANK TEJEDA, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JAVIER SANCHEZ, a/k/a "Jacinto," RUBIN PEREZ, a/k/a "Ruben Perez," and FRANK TEJEDA, the defendants, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack" cocaine, in violation of Title 21,

United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

    a. On or about May 18, 2007, JAVIER SANCHEZ, a/k/a "Jacinto," the defendant, spoke with a confidential informant working at the direction of the Drug Enforcement Administration (the "CI") about selling crack cocaine.

    b. On or about May 21, 2007, SANCHEZ, RUBEN PEREZ, a/k/a "Ruben Perez," and FRANK TEJEDA, the defendants, met in New York, New York to discuss a crack cocaine transaction.

    c. On or about May 21, 2007, PEREZ, in New York, New York, possessed approximately 117 grams of crack cocaine.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4. On or about May 21, 2007, in the Southern District of New York, JAVIER SANCHEZ, a/k/a "Jacinto," RUBIN PEREZ, a/k/a "Ruben Perez," and FRANK TEJEDA, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a

form commonly known as "crack."

    (Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A); Title 18, United States Code, Section 2.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAVIER SANCHEZ, a/k/a "Jacinto," RUBIN PEREZ, a/k/a "Ruben Perez," and FRANK TEJEDA,

Defendants.

**INDICTMENT**

07 Cr. _____

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 846; Title 18, United States Code, Section 2)

_____
FOREPERSON

MICHAEL J. GARCIA
United States Attorney.