UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   07 Civ. (Cr) 502 (VM)
     - against -                    :
                                    :   **ORDER**
JAVIER SANCHEZ,                     :
                                    :
------------------------------------X

**VICTOR MARRERO**, United States District Judge.

The C.J.A. attorney assigned to this case STEWART ORDEN [Attorney's Name] is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to DONALD YANELLA [Attorney's Name].

**SO ORDERED.**

Dated:   New York, New York
         21 September 2007

                                    VICTOR MARRERO
                                       U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-07