

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2007

**By Hand**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-07
```

    Re:  **United States v. Sanchez et al.**
           07 Cr. 502 (VM)

Dear Judge Marrero:

    This case is scheduled for trial on October 22, 2007. The parties respectfully request leave of this Court to file all motions in limine, joint requests to charge and voir dire by no later than Tuesday, October 16, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Rua M. Kelly
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

*[Handwritten endorsement:]* Request GRANTED. The time for the parties herein to file all pre-trial submissions in connection with the trial of this case is extended to 10-16-07.

SO ORDERED:
10-12-07
DATE    VICTOR MARRERO, U.S.D.J.

cc:   Jennifer L. Brown, Esq. (by facsimile)
       Xavier R. Donaldson, Esq. (by facsimile)
       Donald J. Yannella, Esq. (by facsimile)