**Donald Yannella, P.C.**
**Attorney at Law**
**7 Dey Street, Suite 803**
**New York, NY  10007**

------------------------------

**(212) 226-2883**

Admitted in NY & NJ                fax:  (212) 226-2861

October 25, 2007

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

     Re:    US v. Javier Sanchez, Frank Tejada, et. al.
             07 Cr. 502 (VM)

Dear Judge Marrero:

     I am counsel for Javier Sanchez.  Trial is scheduled to commence on October 29, 2007.

     I hereby join in the requests to charge and objections to the Government's requests to charge submitted by Jennifer Brown, Esq., counsel for Frank Tejada, on October 18, 2007.

                                               Sincerely,

                                               *Donald Yannella*

                                             Donald J. Yannella, Esq.

Declaration of Service

Donald Yannella, an attorney duly admitted to practice law in the United States District Court, Southern District of New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

Today, I served a copy of the attached document upon the following individuals via fax:

> AUSA Rua Kelly
> One St. Andrew's Plaza
> New York, NY  10007
> Via fax:  212 637-0421
>
> Jennifer Brown, Esq.
> Counsel for Frank Tejada
> Via fax:  212 571-0392

Dated:  October 25, 2007

*Donald Yannella*

_____
Donald Yannella, Esq. (DJY-7350)