UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA

-against-

JAVIER SANCHEZ, et. al.
---------------------------------------------------X

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10-29-07 |

ORDER
07 Cr. 502 (VM)

Upon the application of the defendant, JAVIER SANCHEZ, Register # 70322-054, by his Attorney, Donald Yannella, Esq., for an Order directing the Marshall of the Southern District of New York to accept civilian clothing for the defendant to wear to Court for the duration of his trial, it is hereby

ORDERED that said application is granted; and it is further

ORDERED that the Marshall of the Southern District of New York is hereby directed to accept civilian clothing for the defendant, Javier Sanchez, to wear to Court for the duration of his trial; and it is further

ORDERED that this Order shall take effect as of 8:00 AM on Monday, October 29, 2007.

IT IS ORDRED

Date: New York, New York
October 29, 2007

VICTOR MARRERO, USDJ