UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-07
```

ORDER
07 Cr. 502 (VM)

-against-

JAVIER SANCHEZ, et. al.
------------------------------------------------------X

Upon the application of Donald Yannella, Esq., counsel for the defendant, Javier Sanchez, it is hereby

ORDERED that Donald Yannella, Esq. shall be permitted to bring a single mobile telephone into the United States Courthouse at 500 Pearl Street, New York, New York, during the trial of the above-captioned case;

ORDERED that this Order shall take effect as of 8 AM on Monday, October 29, 2007.

IT IS SO ORDERED

Date: New York, New York
October 29, 2007

VICTOR MARRERO, USDJ