**Donald Yannella, P.C.**
Attorney at Law
7 Dey Street, Suite 803
New York, NY 10007

(212) 226-2883
fax: (212) 226-2861

Admitted in NY & NJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

VIA FACSIMILE: (212) 805-6382

February 7, 2008

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
FEB - 8 2008

    Re:  US v. Javier Sanchez, Frank Tejada, et. al.
          07 Cr. 502 (VM)

Dear Judge Marrero:

I am counsel for Javier Sanchez, who is scheduled to be sentenced on February 29, 2008.

I respectfully request an adjournment of the sentence until the end of March. AUSA Rua Kelly informs me that she does not object to this request. No prior requests for adjournment have been made.

Request GRANTED. The sentencing of defendant Javier Sanchez herein is rescheduled to 3-28-08 at 4:00 p.m.
SO ORDERED.
2-8-08
DATE    VICTOR MARRERO, U.S.D.J.

Sincerely,

Donald J. Yannella, Esq.