Donald Yannella, P.C.
Attorney at Law
7 Dey Street, Suite 803
New York, NY  10007
------------------------------
(212) 226-2883

Admitted in NY & NJ          fax:  (212) 226-2861

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-08

VIA FACSIMILE:  (212) 805-6382

May 1, 2008

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:   US v. Javier Sanchez, Frank Tejada, et. al.
          07 Cr. 502 (VM)

Dear Judge Marrero:

    I am counsel for Javier Sanchez, who is scheduled to appear before
Your Honor on a continued *Fatico* hearing on May 2, 2008.  On April 17,
2008, the defense was granted additional time by the Court to review the
transcripts that were introduced as Government exhibits.

    Other than the transcript that was introduced by Frank Tejada at the
trial, we do not wish to introduce any other evidence at the Fatico hearing.
After consultation with AUSA Rua Kelly, I request the following schedule for
final sentencing submissions:  defense submission due on May 9th;
prosecution submission due on May 14th.  We request that a sentencing date
be set for Javier Sanchez in the last two weeks of May.  We respectfully
request that the case be taken off tomorrow's calendar.

Thank you for consideration of this request.

Sincerely,

/s/

Donald J. Yannella, Esq.

Request GRANTED. The sentencing of defendant _Javier_
_Sanchez_ herein is rescheduled to _5-23-08_
at _9:45 a.m._.

SO ORDERED.

_5-1-08_
DATE          VICTOR MARRERO, U.S.D.J.

Declaration of Service

Donald Yannella, an attorney duly admitted to practice law in the United States District Court, Southern District of New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

Today, I served a copy of the attached document upon the following individuals via fax:

> AUSA Rua Kelly
> One St. Andrew's Plaza
> New York, NY 10007
> Via fax: 212 637-0421

Dated: May 1, 2008

/s/ _____
Donald Yannella, Esq. (DJY-7350)