Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

__Southern__ District of __New York__

United States
v.
Javier Sanchez

Docket No.: 07 Cr 0502-01

__Victor Marrero__
(District Court Judge)

Notice is hereby given that __Javier Sanchez__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [___] _____
(specify)

entered in this action on __5/23/08__
(date)

Offense occurred after November 1, 1987    Yes [X]    No [___]

This appeal concerns: Conviction only [___]    Sentence only [X]    Conviction and Sentence [___]

Date __5/28/08__

TO
AUSA Rua Kelly
One St. Andrew's Plaza
New York NY 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

Donald Yannella P.C.
(Counsel for Appellant)

Address __7 Dey Street, #803__
__New York NY 10007__

Telephone Number: __212 226-2883__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [X] I am ordering a transcript<br>[___] I am not ordering a transcript<br>Reason<br>[___] Daily copy is available<br>[___] U.S. Attorney has placed order<br>[___] Other. Attach explanation | Prepare transcript of<br>[X] Prepare proceedings __4/17/08__<br>[___] Trial _____<br>[X] Sentencing __5/23/08__<br>[___] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [___] Funds [___]    CJA Form 24 [X]

ATTORNEY'S SIGNATURE __Donald J. Yannella__    DATE __5/28/08__

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05