Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

United States
v.
Javier Sanchez

Docket No.: 07 Cr 0502-01

Victor Marrero
(District Court Judge)

Notice is hereby given that Javier Sanchez appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] _____
(specify)

entered in this action on 5/23/08
(date)

Offense occurred after November 1, 1987    Yes [ ]    No [X]

This appeal concerns: Conviction only [ ]    Sentence only [X]    Conviction and Sentence [ ]

Date 5/28/08
TO
AUSA Rua Kelly
One St. Andrew's Plaza
New York NY 10007

ADD ADDITIONAL PAGE (IF NECESSARY)

Donald Yannella P.C.
(Counsel for Appellant)
Address 7 Dey Street, #803
New York NY 10007

Telephone Number: 212 226-2883

U.S. DISTRICT COURT FILED JUN 04 2008 S.D. OF N.Y.

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [X] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of    Dates<br>[X] Prepare proceedings  4/17/08<br>[ ] Trial _____<br>[X] Sentencing  5/23/08<br>[ ] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [X]

ATTORNEY'S SIGNATURE  /s/ Donald J. Yannella    DATE 5/28/08

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05